C. Barry Zimmerman, Chapter 7 Trustee
cbarryz@my180.net
P.O. Box 1240
Coeur d'Alene, Id 83816
(208) 664-6100
(208) 664-4737 [Facsimile]

# United States Bankruptcy Court
# District of Idaho

In re:
   Bacon, Brian D. Sr.
   Bacon, Willa E.

Case No**.**: No. 10-20318-TLM

Chapter 7

Debtor(s)

## *Amended* Notice of Sale by Trustee

TO THE DEBTORS, DEBTORS ATTORNEY, CREDITORS AND OTHER PARTIES IN INTEREST:

    **PLEASE TAKE NOTICE THAT** the undersigned Trustee will sell the below described property in which the above entitled estate claims an interest pursuant to 11USC363, Bankruptcy Rule 6004(e)(1) and LBR 2002. This sale will take place unless a written objection is received by the Clerk and Trustee on or before May, 24 2013 US Bankruptcy Court, US Courthouse & Federal Bldg, 6450 N. Mineral Dr., Coeur d'Alene, ID 83815.

1. DESCRIPTION OF PROPERTY TO BE SOLD: **2003 Hewes Craft Sea Runner, 21'Car Trailer, 1999 Northland 10.5' Camper. Tractor (no front wheel drive, seals leak)**

2. TYPE OF SALE:

[ ] Public Auction,

[x] Private sale to the debtor

    The trustee has received $12,500.00

3. TERMS OF SALE:

[x] Cash

[ ] % Deposit with balance in days

[ ] Other:

4. OTHER: This is an amended notice of sale to correct items not listed in the original notice filed on  03/15/2011. Court Docket #34

5. TREATMENT OF EXISTING LIENS

[ ] Sale free and clear of all liens with all valid liens to attach to the sale proceeds. Trustee may immediately pay the liens listed below without further notice or hearing:

6. VALUE OF PROPERTY TO BE SOLD:

[ ] The appraised value of the property is $, which value is based on

[ ] An appraisal,

[ ] Established market, Trustee Realtor has completed a market analysis, .

[X] The Trustee has consulted with an auctioneer and online services.

| | |
|---|---|
| Tractor | $1,000.00 |
| 21' Car Trailer | $1,000.00 |
| 2003 Hewes Craft SeaRunner | $13,000.00 |
| 1999 Northland 10.5 Camper | $2,500.00 |
| **Total Value** | **$17,500.00** |
| Auction Fee 20% | ($3,500.00) |
| Auction Expenses | ($500.00) |
| | $13,500.00 |
| Exemption Amount SeaRunner | ($1,000.00) |
| **DEBTOR PAID TRUSTEE** | **12,500.00** |

7. AUTHORITY FOR CONDUCTING SALE:

[X] 11USC363(f)(1)

[ ] 11USC363(f)(2)

[ ] 11USC363(f)(3)

[ ] 11USC363(f)(4)

[X] 11USC363(f)(5)

[ ] Other: 11 USC § 363(h)

8. MISCELLANEOUS INFORMATION:

[X] -NONE

9. REAL ESTATE AGENT COMPENSATION:

[ ] A commission of 6% of the total purchase price of the property shall be paid to

(the Trustee's real estate sales agent) directly from escrow upon the closing of this transaction.

OR

[ ] Approval of compensation for the Trustee's real estate sales agent in this transaction shall be sought by separate application.

10. ESCROW EXPENSES:

[ ] The closing for this sale will occur at Title Company. Escrow fees and title insurance premiums in the estimated amount of $0.00 will be paid out of the gross proceeds of sale.

ll. AUCTIONEER FEES:
[  ] The Trustee will utilize the services of Black & Associates Auctioneers as the auctioneer publicizing and conducting this sale. Auctioneer fees equal to 20% of the gross sales proceeds plus costs shall be paid to the auctioneer at the close of sale. Expense paid by estate: Storage, Sale facility, Advertising, detailing and Hauling. Compensation & Expense is subject to Court Approval.

DATED: 05/02/13

/s/ C. Barry Zimmerman
C. Barry Zimmerman
Chapter 7 Trustee